**Order filed April 29, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00606-CV
_____

## HARRIS COUNTY, TEXAS, Appellant

## V.

## CARLO PARADA, PATRICIA CONTRERAS AND PATRICIA QUIROZ CONTRERAS, Appellees

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2011-03419**

---

## ORDER

On April 24, 2014, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket for sixty days from the date of this order. The appeal will be

reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Justices Christopher, McCally and Brown